**No. 10-8552. Delmar Anton Zeigler, Petitioner v. United States.**

562 U.S. 1247, 131 S. Ct. 1546, 179 L. Ed. 2d 357, 2011 U.S. LEXIS 1217.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 400 Fed. Appx. 328.

**No. 10-8553. Albert Lopez Williams, Jr., Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1546, 179 L. Ed. 2d 357, 2011 U.S. LEXIS 1250.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 394 Fed. Appx. 983.

**No. 10-8554. Arthur Clarence Wright, Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1547, 179 L. Ed. 2d 357, 2011 U.S. LEXIS 1301.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 399 Fed. Appx. 835.

**No. 10-8555. Michael D. Meador, Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1547, 179 L. Ed. 2d 357, 2011 U.S. LEXIS 1269.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 618 F.3d 821.

**No. 10-8569. Donroy Ghost Bear, Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1547, 179 L. Ed. 2d 357, 2011 U.S. LEXIS 1214.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 387 Fed. Appx. 659.

**No. 10-8570. Johney Freeman, Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1548, 179 L. Ed. 2d 357, 2011 U.S. LEXIS 1119.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 230.

**No. 10-8571. Herman Leroy Fristoe, Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1548, 179 L. Ed. 2d 357, 2011 U.S. LEXIS 1179.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 386 Fed. Appx. 754.

**No. 10-8573. Don N. Hawkins, Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1548, 179 L. Ed. 2d 357, 2011 U.S. LEXIS 1158.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.